KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Carolina Aitken,<br><br>           Plaintiff,<br><br>      vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>           Defendant | Case No.:  3:08-cv-05716-JL<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Carolina Aitken may have an extension until May 29, 2009, in which to file plaintiff's Motion for Summary Judgment.

   This stipulation is entered into in order to provide sufficient time for Plaintiff to review the voluminous 748-page transcript and to prepare the Notice of Motion for Summary Judgment in this case.

Dated:  May 7, 2009                                         /s/ Kenneth J. Collins
                                                            KENNETH J. COLLINS
                                                            Attorney for Plaintiff

-2-

1
2  Dated: May 8, 2009                                  /s/ Shea Lita Bond
3                                                      (as authorized by telephone May 6, 2009)
                                                       SHEA LITA BOND
4                                                      Attorney for Defendant
5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7
8  Dated: May 11, 2009                                 *James Larson* (signature)
                                                       James Larson
9                                                      United States District Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25