UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CAROLINA AITKEN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:08-cv-05716-NJV<br><br>**ORDER** |

The Court, having considered Defendant's Motion for Extension of Time Within Which Defendant May File a Response to Plaintiff's Motion for Summary Judgment and good cause appearing,

IT IS ORDERED that Defendant's Motion is granted and Defendant may respond up to and including August 31, 2009.

Dated: August 4, 2009

_____
HONORABLE NANDOR J. VADAS
United States Magistrate Judge