UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CAROLINA AITKEN, | ) | |
| | ) | CIVIL NO. 3:08-cv-05716-NJV |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having considered Defendant's Motion for Extension of Time Within Which Defendant May File a Response to Plaintiff's Motion for Summary Judgment and good cause appearing,

IT IS ORDERED that Defendant's Motion is granted and Defendant may respond up to and including September 14, 2009.

Dated: 9/1/09

_____
HONORABLE NANDOR J. VADAS
United States Magistrate Judge