1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney
             333 Market Street, Suite 1500
5            San Francisco, California 94105
             Telephone: 415-977-8934
6        Fax:   415-744-0134
         E-mail: Shea.Bond@ssa.gov
7
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA AITKEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:08-cv-05716-NJV<br><br>**STIPULATION TO REMAND<br>AND ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to clarify that there is no presumption of continuing non-disability from the prior January 6, 2004 hearing decision, because the Appeals Council vacated that decision. The ALJ will obtain medical expert testimony to clarify the nature and severity of Plaintiff's impairments, including fibromyalgia, re-evaluate the medical and opinion evidence, credibility and residual functional capacity for the entire period, and, if needed, obtain vocational expert testimony to determine whether Plaintiff can return to her past relevant work and/or a significant number of other jobs in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 2, 2009

/s/ *Ken Collins*
(As authorized via email)
KEN COLLINS

Attorney for Plaintiff

Dated: September 2, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 9/9/09

HONORABLE NANDOR J. VADAS
United States Magistrate Judge