JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**EUREKA DIVISION**

| | |
|---|---|
| CAROLINA AITKEN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:08-cv-05716-NJV<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND TWO HUNDRED EIGHTY NINE dollars and 80/100 cents ($4,289.80), and cost in the amount of THREE HUNDRED AND FIFTY dollars and no cents ($350.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND TWO HUNDRED EIGHTY NINE dollars and 80/100 cents

1  ($4,289.80) in EAJA attorney fees and cost in the amount of THREE HUNDRED AND FIFTY dollars
2  and no cents ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff
3  may have relating to EAJA fees in connection with this action. Any payment shall be made delivered to
4  Plaintiff's counsel.

5      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
6  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March 17, 2010

/s/ Ken Collins
(As authorized via email)
KEN COLLINS
Attorney for Plaintiff

Dated: March 17, 2010

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Shea Lita Bond
SHEA LITA BOND
Attorneys for Defendant

IT IS SO ORDERED:

Dated: 3/18/10

United States Magistrate District Judge

**Nandor J. Vadas**
**United States Magistrate Judge**